■ In the Matter of the Claim of FLORENCE HORNSTEIN, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 8, 1975, which affirmed the decision of a referee sustaining the initial determination of the Industrial Commissioner holding claimant ineligible to receive benefits effective September 2, 1974 because she was not available for employment. Claimant, after retiring from her job in New York, voluntarily moved to Florida. The board found that her alleged efforts to find employment were not realistic and that she was unavailable for employment. These were factual findings within the sole province of the board and, since they were supported by substantial evidence, may not be disturbed (Labor Law, § 623; *Matter of Roth [Catherwood]*, 34 AD2d 1081; *Matter of Bennett [Catherwood]*, 33 AD2d 946). Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Koreman and Main, JJ., concur.

■ In the Matter of the Claim of JACK GROSS, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 28, 1975, which affirmed the decision of a referee sustaining the initial determination of the Industrial Commissioner holding that the claimant was ineligible to receive benefits effective October 7, 1974 because he was not available for employment (Labor Law, § 591, subd 2). The board found that claimant's efforts to secure employment by registering with a union which had to first meet the demands of its own members and making only two or three job efforts a week were insufficient to demonstrate a genuine attachment to the labor market. This is a factual determination, solely within the province of the board, which must be sustained when supported by substantial evidence *(Matter of Bennett [Catherwood]*, 33 AD2d 946). Since the board's determination is so supported, we must affirm. Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Koreman and Main, JJ., concur.